EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

ELLIOT ENOKI 1528
First Assistant U.S. Attorney

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Fax No. (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 9 2003

at _____ o'clock and _____ min. _____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00174-01 HG |
| | ) | |
| Plaintiff, | ) | SUPERSEDING INFORMATION |
| | ) | [21 U.S.C. §§ 848(a) and |
| vs. | ) | 853(p)] |
| | ) | |
| POLOTANI LATU, | ) | |
| aka "Paul" | ) | |
| aka "P," (01), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

SUPERSEDING INFORMATION

COUNT 1

The United States Attorney charges that:

From on or about a date unknown, but from at least

January 2000, to on or about April 24, 2002, in the District of

Hawaii and elsewhere, POLOTANI LATU, aka "Paul," aka "P," defendant herein, unlawfully, knowingly and intentionally did engage in a continuing criminal enterprise in that he did violate Title 21, United States Code, Section 841(a)(1), 843(b) and 846, which violations were part of a continuing series of violations of said statutes undertaken by said defendant in concert with at least five other persons, with respect to whom the defendant occupied a position of organizer, supervisor, and manager, and from which continuing series of violations that defendant obtained substantial income and resources.

All in violation of 21 United States Code, Section 848(a).

COUNT 2

The United States further charges that:

A.    As a result of committing the offense alleged in Count 1 of this Information, Defendant POLOTANI LATU, aka "Paul," aka "P" shall forfeit to the United States, pursuant to 21 United States Code, Section 853, any and all property constituting, or derived from, any proceeds which Defendant POLOTANI LATU, aka "Paul," aka "P" obtained, directly or indirectly, as the result of such offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, including but not limited to the following:

2

Sixty-One Thousand Five Hundred Four Dollars
($61,504.00) in United States currency seized
from defendant MALONI NIU at the Kahului
Airport on Maui, on November 19, 2001.

B.    If any of the above-described forfeitable property, as

a result of any act or omission of the Defendants --

1.    cannot be located upon the exercise of due
diligence;

2.    has been transferred or sold to, or deposited
with, a third person;

3.    has been placed beyond the jurisdiction of the
court;

4.    has been substantially diminished in value; or

5.    has been commingled with other property which
cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.

§ 853(p), to seek forfeiture of any other property of the

Defendant up to the value of the above forfeitable property.

//

//

//

//

//

//

//

//

//

//

3

All in violation of Title 21, United States Code, Sections 853 and 848.

DATED: January 29, 2003, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney


THOMAS MUEHLECK
Assistant U.S. ATTORNEY


United States v. Polotani Latu
SUPERSEDING INFORMATION
Cr. No. 02-00174-01 HG

4