FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 18 2005

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>POLOTANI LATU, aka "Paul" aka "P",<br><br>Defendant - Appellant. | No. 04-10071<br>D.C. No. CR-02-00174-01-HG<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 06/13/05

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 12 2005

by: _____
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 12 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 04-10071 |
|---|---|
| Plaintiff - Appellee, | |
| v. | D.C. No. CR-02-00174-01-HG<br>District of Hawaii,<br>Honolulu |
| POLOTANI LATU, aka "Paul" aka "P", | |
| Defendant - Appellant. | ORDER FOR LIMITED<br>REMAND AND ISSUANCE OF<br>MANDATE |

Before: D.W. NELSON, CALLAHAN, and BEA, Circuit Judges.

Pursuant to our order of June 9, 2005, the parties submitted briefs notifying the Court whether they wished to pursue a remand under *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir. 2005) (en banc).

As either the defendant or the government may raise the nonconstitutional error that a sentence was erroneously imposed under guidelines believed to be mandatory, we grant a limited remand to allow the district court to determine "whether the sentence imposed would have been materially different had the district court known that the [federal sentencing g]uidelines were advisory." *Id.*

Accordingly, the Clerk is directed to issue the mandate in our June 13, 2005, memorandum disposition of this appeal.

**SO ORDERED.**

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 13 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>POLOTANI LATU, aka "Paul" aka "P",<br><br>Defendant - Appellant. | No. 04-10071<br><br>D.C. No. CR-02-00174-01-HG<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
Helen Gillmor, District Judge, Presiding

Submission deferred April 15, 2005
Submitted June 8, 2005**
Honolulu, Hawaii

Before: D.W. NELSON, CALLAHAN, and BEA, Circuit Judges.

The district court did not abuse its discretion by denying Latu's motion to withdraw his guilty plea. Latu failed to show a "fair and just reason" for the withdrawal of his guilty plea. Fed. R. Crim. P. 11(d)(2)(B). Because Latu's

---

\*   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

\*\*   This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Accordingly, we affirm the judgment of the district court, but stay our mandate to allow the parties to respond to our order filed concurrently herewith requesting notification of whether the parties wish to pursue a remand under *United States v. Ameline*, No. 02-30326, slip op. at 27-28 (9th Cir. June 1, 2005). The Clerk is directed to stay the mandate pending further order of this Court.

**AFFIRMED. MANDATE STAYED.**

3

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 1 2 2005

by: *[signature]*
Deputy Clerk