UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. POLOTANI LATU

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 5-10836

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00174HG-01

II. **DATE NOTICE OF APPEAL FILED:** 11/25/05

III. **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA

   DOCKET FEE PAID ON:                AMOUNT:
   NOT PAID YET:                      BILLED:
   U.S. GOVERNMENT APPEAL:            FEE WAIVED:
   WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?
   IF YES, SHOW DATE:
   WAS F.P. STATUS REVOKED:           DATE:
   WAS F.P. STATUS LIMITED IN SOME FASHION?
   IF YES, EXPLAIN:

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 12 2006
DISTRICT OF HAWAII

---

AMENDED NOTIFICATION _____  PAID _____  F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)