RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 27 2006
DISTRICT OF HAWAII

FILED
JUL 21 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>POLOTANI LATU,<br><br>Defendant - Appellant. | No. 05-10836<br><br>D.C. No. CR-02-00174-1-HG<br>Hawaii (Honolulu)<br><br>ORDER |

The motion of Richard F. Pafundi, Esq., for relief from default and permission to submit an untimely opening brief, filed on May 22, 2006, is granted. The Clerk is instructed to file the opening brief, received on May 22, 2006.

Counsel's motion to withdraw as counsel of record under *Anders v. California*, 386 U.S. 738 (1967), is referred to the panel assigned to hear the merits of this appeal. The panel will conduct an independent review of the record. *See Penson v. Ohio*, 488 U.S. 75, 82-83 (1988). After it conducts its review, the merits panel will determine whether counsel may be allowed to withdraw and whether new counsel will be appointed. *See id.* at 83.

Appellant may file a pro se supplemental opening brief raising any issues by August 29, 2006. On or before September 28, 2006, appellee shall file the answering brief or notify this court by letter that no answering brief will be filed.

*See* 9th Cir. R. 31-2.3. (appellee's failure to file the answering brief or notify the court that no brief will be filed may result in the imposition of sanctions). If appellee files the answering brief, the optional reply brief will be due within 14 days after service of the answering brief.

The clerk of the district court shall forward to this Court the clerk's record within 10 days of receipt of this order. *See* 9th Cir. R. 11-4.4.

The Clerk shall serve a copy of this order on counsel and on appellant individually, at Reg. #89376-022, P.O. Box 1000, FCI Milan, Milan, MI 48160.

For the Court

Elizabeth N. Gazay
Staff Attorney/Deputy Clerk
9th Cir. R. 27-7
General Order 6.3(a)

------------------------------------------------------------

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
P.O. Box 50129
Honolulu, HI 96850

------------------------------------------------------------

af
05-10836