FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 0 8 2007
at 4 o'clock and __ min __ P M
SUE BEITIA, CLERK

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

DEC 12 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>POLOTANI LATU,<br><br>Defendant - Appellant. | No. 05-10836<br><br>D.C. No. CR-02-00174-1-HG<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
Helen Gillmor, District Judge, Presiding

Submitted December 4, 2006**

Before:   GOODWIN, RYMER, and FISHER, Circuit Judges.

Polotani Latu appeals from the 240-month sentence imposed following a limited remand under *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir. 2005) (en banc).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Latu's counsel has

---

   \*   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

   \*\*   This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Latu did not file a pro se brief and the Government did not file an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

A TRUE COPY
ATTEST  1/3/07
CATHY A. CATTERSON
Clerk of Court
by:
Deputy Clerk