```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,      )   Crim. No. 02-00174 HG-01
                               )
                               )
            Plaintiff,         )
                               )
       vs.                     )
                               )
POLOTANI LATU,                 )
                               )
                               )
            Defendant.         )
_____)
```

**ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND THE DEADLINE FOR FILING HIS NOTICE OF APPEAL PURSUANT TO FED. R. APP. P. 4(b)(4) (ECF No. 608)**

Defendant Polotani Latu, proceeding pro se, filed a Notice of Appeal after the deadline to file his appeal had passed. Defendant states in his Notice that he was unable to file his Notice of Appeal within the fourteen-day deadline because he was incarcerated and was being held in the Special Housing Unit.

The Court finds Defendant has established excusable neglect for the delay in filing his Notice of Appeal pursuant to Fed. R. App. P. 4(b)(4).

Defendant's Request to Extend the Deadline for Filing his Notice of Appeal (ECF No. 608) is **GRANTED**.

### PROCEDURAL HISTORY

On December 8, 2015, the District Court issued an ORDER

1

DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2).  (ECF No. 605).

Thirty-six days later, on January 13, 2016, Defendant filed a Notice of Appeal from the District Court's Order Denying his Motion for Reduction of Sentence.  (ECF No. 608).

## **ANALYSIS**

Defendant mailed his Notice of Appeal on January 13, 2016, after the December 22, 2015 deadline for filing his Notice of Appeal had passed.  (Notice of Appeal, ECF No. 608); Fed. R. App. P. 4(b)(1)(A).

Defendant states the following in his Notice of Appeal:

> On the 12/16/2015, I received this legal mail, and I can't file this motion cause I was place in the SHU, and I was restricted from the legal library, so because of that I am just able to do so.

(Notice of Appeal at p. 1, ECF No. 608).

The Court construes Defendant's statement as a request to extend the deadline for filing his Notice of Appeal pursuant to Federal Rule of Appellate Procedure 4(b)(4).

Pursuant to Fed. R. App. P. 4(b)(4), the district court may grant an extension of time to file a notice of appeal upon a finding of excusable neglect or good cause.

Federal Rule of Appellate Procedure(4)(b)(4) states:

> Upon a finding of excusable neglect or good cause, the district court may—before or after the time has

expired, with or without motion and notice—extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b).

Fed. R. App. P. 4(b)(4).

Here, the district court has jurisdiction to extend Defendant's deadline to appeal because Defendant Latu's Notice of Appeal was filed within thirty days after the 14-day deadline to file his appeal. Id.; United States v. Stolarz, 547 F.2d 108, 112 n.5 (9th Cir. 1976).

The district court evaluates "excusable neglect" by considering four factors:

(1) the danger of prejudice to the non-moving party;

(2) the length of delay and its potential impact on judicial proceedings;

(3) the reason for the delay, including whether it was within the reasonable control of the movant; and,

(4) whether the moving party's conduct was in good faith.

Pincay v. Andrews, 389 F.3d 853, 855 (9th Cir. 2004) (en banc) (citing Pioneer Inv. Servs. Co. v. Brunswick Assoc. Ltd. P'ship, 507 U.S. 380, 395 (1993)).

The United States Supreme Court requires courts to consider the unique situation of pro se prisoners when evaluating the timeliness of their appeals. Houston v. Lack, 487 U.S. 266, 270 (1988). The Supreme Court has explained that "[s]uch prisoners cannot take the steps other litigants can take to monitor the

processing of their notices of appeal and to ensure that the clerk of court receives and stamps their notices of appeal before the ... deadline." Id. at 270-71.

The Ninth Circuit Court of Appeals has found that an extension of time should be granted to a pro se prisoner who has "done all he could do under the circumstances" to file a timely notice of appeal. United States v. Houser, 804 F.2d 565, 569 (9th Cir. 1986).

Defendant Latu is a pro se prisoner and his Notice of Appeal was filed twenty-two days late. Defendant asserts the delay in filing his Notice of Appeal was caused by the Bureau of Prisons temporarily placing him in "the SHU," or Special Housing Unit. (Def.'s Notice of Appeal at p. 1, ECF No. 608); 28 C.F.R. § 541.21 (defining Special Housing Units (SHUs) as "housing units in Bureau institutions where inmates are securely separated from the general inmate population, and may be housed either alone or with other inmates"). Defendant stated that he was restricted from the legal library and was unable to file his appeal by the December 22, 2015 deadline. (Def.'s Notice of Appeal at p. 1, ECF No. 608).

The Court finds that Defendant Latu has established excusable neglect for the delay in filing his Notice of Appeal. The short delay does not appear to have prejudiced the Government or negatively impacted the judicial proceedings. Defendant

provided a reasonable explanation for his delay in filing his Notice of Appeal.  There is no evidence that Defendant Latu's delay in filing his Notice of Appeal was caused by his own bad faith.

The Defendant's Request to Extend the Deadline for Filing his Notice of Appeal is **GRANTED**.

Defendant's Notice of Appeal filed on January 13, 2016 (ECF No. 608) is deemed timely based on a finding of excusable neglect pursuant to Fed. R. App. P. 4(b)(4).

### CONCLUSION

Defendant's Request to Extend the Deadline for Filing his Notice of Appeal (ECF No. 608) is **GRANTED**.

Defendant's Notice of Appeal (ECF No. 608) is deemed timely.

The Clerk of Court is directed to provide a copy of this Order to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, January 27, 2016.



/s/ Helen Gillmor

Helen Gillmor
United States District Judge

United States v. Polotani Latu, Crim. No. 02-00174 HG-01; **ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND THE DEADLINE FOR FILING HIS NOTICE OF APPEAL PURSUANT TO FED. R. APP. P. 4(b)(4) (ECF No. 608)**